James C. Maxey
5130 Columbine Way
Carmichael, California 95608
(916) 627-6544

JAN 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

In the United States District Court
for the Eastern District of California

James C. Maxey,
Plaintiff,

2:14-CV 00254 TLN CKD PS

v.

A.B.C. News and Entertainment Inc
Defendants.

Complaint for Damages

1) Criminal Conspiracy to Violate human, civil and privacy rights
2) Criminal violations of due process rights under the
3) Criminal Conspiracy to deny union (CTA) legal representation
4) Defamation of Character
5) Intentional infliction of Serious injuries
6) Criminal Conspiracy to commit murder

## Introduction

This action is for damages arising from the plaintiff being deprived the most basic rights guaranteed by the California and United States Constitution and statutory Law. The legal foundation is the California and United States Constitution. Article I, section I states: "ALL people are by nature free and independent and have inalienable rights. Among those are enjoying and defending Life, Liberty, acquiring possession, protecting property, pursuing and obtaining safety, happiness and privacy".

## The Parties

The plaintiff, James C. Maxey, is a resident of Carmichael, California. The plaintiff's signature on this Complaint constitutes his written consent to become a party to this action. The plaintiff is unemployed and disabled due to the actions of the Defendant. The plaintiff is ignorant of the true names and capacities when ascertained he will amend the complaint. The plaintiff is informed and believes that each fictitously named defendant is responsible in some manner for the occurrences herein alleged and the plaintiff's damages were proximutely caused thereby the plaintiff is further informed and believes that in

committing the acts alleged herein, all of the defendants (John Does 1 through 1999) were acting together and in concert.

The defendants are affiliated with the A.B.C. News and Entertainment, Christina Mendonca, John Matcivic and Sacramento Kings Basketball Inc.

Jurisdiction and Venue

The United States District Court for the Eastern District of California would have jurisdiction over this action. The Venue is the proper jurisdiction because the defendants have agents, have offices, and/or do business in this County, state and other states.

In addition, numerous acts, transactions, wrongs and breaches of contract give rise to violations of civil and criminal law described in this Complaint accorred within this County, state and other states.

Allegations Applicable to All Causes of Action

The plaintiff, James C. Maxey, suffered injury due to the actions of the KXTV Channel 10 on, or about September 11, 2001. The injuries were caused by George W. Bush and associates affiliated with the Republican Party.

From September 2001 through the present time, the plaintiff was fraudulently misrepresented as being associated with 'Osama Bin Laden'.

The defendants have harassed, intimidated, coerced, blackmailed, physically assaulted, falsely arrested, falsely convicted and falsely imprisoned the plaintiff as part of an illegal conspiracy to suppress his rights under the U.S. Constitution.

## Relief Requested

Wherefore, the prayer seeks:

a) a judicial 'order' after a hearing on the legal merits:

1) Compelling the City of Sacramento delay any planning or construction of any downtown sports arena, until the City Council legally litigates United States District Court for the Eastern District Court Case: 'James C. Maxey v. Sacramento Kings (NBA) Inc,'.

2) monetary compensation for wrongful violations of human, civil and privacy rights.

3) monetary compensation for harassment, intimidation, coercion, blackmail, physical assault, attempted murder, false arrest, false conviction, false imprisonment and criminal conspiracy to defraud.

4) monetary compensation for the punitive and intentional infliction of serious injuries.

5) monetary compensation for 'defamation of character'.

6) monetary compensation for lost wages and future earnings.

The plaintiff seeks fifty

Dated: January 21, 2014 (1/21/2014)

Signature of plaintiff: [signature]

James C. Maxey

# Verification

I, James C. Maxey, have read the foregoing complaint for damages and the contents thereof. The same is true of my own Knowledge. I declare under penalty of perjury under the Laws of the State of California and United States, that the foregoing is true and correct.

Executed on January 23, 2014 in Carmichael, California.

Signature of plaintiff: [signature]

James C. Maxey